UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:16-cv-24731-KMW

STEVEN MORENO,

    Plaintiff,

vs.

BRINKER FLORIDA INC., a Delaware corporation, d/b/a CHILI'S GRILL & BAR, and KENDALLGATE CENTER ASSOCIATES LTD., a Florida limited partnership,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL

COME NOW, Plaintiff, STEVEN MORENO, and Defendants, BRINKER FLORIDA INC., a Delaware corporation, d/b/a CHILI'S GRILL & BAR, and KENDALLGATE CENTER ASSOCIATES LTD., a Florida limited partnership, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 19th day of June, 2017.

| | |
|---|---|
| By: /S/ B. Bradley Weitz<br>B. Bradley Weitz, Esq.<br>THE WEITZ LAW FIRM, P.A.<br>Bank of America Building<br>18305 Biscayne Blvd., Suite 214<br>Aventura, Florida 33160<br>Telephone: (305) 949-7777<br>Facsimile: (305) 704-387**7**<br>Email: bbw@weitzfirm.com<br>*Attorney for Plaintiff* | By: /S/ Nicole A, Sbert<br>Nicole A, Sbert, Esq.<br>JACKSON LEWIS<br>390 N. Orange Avenue<br>Suite 1285<br>Orlando, FL 32801-1641<br>Telephone: (407) 246-8404<br>Facsimile: (407): 246-8441<br>Email: sbertn@jacksonlewis.com<br>*Attorneys for Defendants* |

**SO ORDERED:**

_____
Hon. Kathleen M. Williams, U.S.D.J.

Date: _____