UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-cv-24731-CIV-WILLIAMS

STEVEN MORENO,

    Plaintiff,

vs.

BRINKER INTERNATIONAL, INC. d/b/a
CHILI'S GRILL & BAR and KENDALLGATE CENTER
ASSOCIATES LTD.

    Defendants.
_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court upon the Parties' joint stipulation of dismissal with prejudice. (DE 31). Upon review of the stipulation and the record, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees and costs. All pending motions are **DENIED AS MOOT**. All hearings, trial settings, and deadlines are **CANCELED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 20th day of June, 2017.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE